UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dana Andrew Eller,

Plaintiff,

v.

Jared Rardin, Warden; et al.,

Defendants.

Civil No. 0:25-cv-3860-MJD-EMB

**MOTION TO EXTEND ANSWER
DEADLINE**

Defendants Jared Rardin, Heather Hanson, Thomas Asberry, Melissa Klein, Kayode Wemimo, Eric Khoung, and the Federal Bureau of Prisons[1] move under Federal Rule of Civil Procedure 6(b) to extend their deadlines to answer or otherwise respond to the complaint. Defendants current deadline is Monday, February 2, 2026. ECF No. 12. Defendants request a 60-day extension, resulting in a new deadline on **April 3, 2026**.

Good cause supports granting the requested extension. The undersigned is newly assigned to this case today, after the recent departure of the AUSA previously assigned. What's more, the U.S. Bureau of Prisons is reviewing to determine whether to recommend the Department of Justice authorize individual representation of some or all of the individual defendants. *See* U.S. Dept. of

---

[1] This motion does not include Defendant Jesma Revering.

Justice, JUSTICE MANUAL § 4-5.412 (Apr. 2024). Extending the defendants' answer deadlines to allow that process to conclude would promote judicial efficiency by aligning the various Defendants' deadlines to answer or otherwise respond if, as is expected, multiple defendants will ultimately be represented by the U.S. Attorney's Office.

Because the current deadline expires on Monday, and given Plaintiff's incarcerated status and the undersigned's recent assignment to the case, counsel has not had an opportunity to meet and confer with Plaintiff regarding his position on the motion. Nonetheless, Defendants respectfully request the Court enter the proposed Order extending the deadline by 60 days.

Dated: January 30, 2026

Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

*/s/Lucas B. Draisey*
BY:  LUCAS B. DRAISEY
Assistant United States Attorney
Attorney ID Number 0401625
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600
lucas.draisey@usdoj.gov